```
STEPHANIE HINDS (CSBN 154284)
Acting United States Attorney
DEBORAH STACHEL (CSBN 230138)
Regional Chief Counsel, Region IX
Social Security Administration
IN SEON JEONG, CSBN 291908
Special Assistant United States Attorney
       160 Spear Street, Suite 800
       San Francisco, California 94105
       Telephone:  (510) 970-4824
       Facsimile:  (415) 744-0134
       Inseon.Jeong@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI GOLDSTON,<br><br>        Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI[1], Acting Commissioner of Social Security,<br><br>        Defendant. | CIVIL NO. 3:20-cv-03216-RS<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

   On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) and instruct the ALJ to provide an opportunity for a hearing and issue a new decision.

   The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Respectfully submitted,

Dated: August 26, 2021   By:   */s/ David P. Waggoner*
                               DAVID P. WAGGONER
                               Attorney for Plaintiff

Dated: August 27, 2021   By:   */s/  In Seon Jeong*
                               IN SEON JEONG
                               Attorney for Defendant

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 31, 2021

_____
HONORABLE RICHARD SEEBORG
United States Chief District Court Judge